**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
### Eastern District of New York

In re  **Freddy A. Garcia**                                                                      Case No. _____

Debtor(s)                                                  Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **53 Montrose Realty Corp**<br>**53 Montrose Ave**<br>**Brooklyn, NY 11206** | **53 Montrose Realty Corp**<br>**53 Montrose Ave**<br>**Brooklyn, NY 11206** | | | **Unknown** |
| **53 Montrose YMJ, LLC**<br>**c/o Yisroel Y. Leshkowitz**<br>**45 Broadway, Ste. 3010**<br>**New York, NY 10006** | **53 Montrose YMJ, LLC**<br>**c/o Yisroel Y. Leshkowitz**<br>**45 Broadway, Ste. 3010**<br>**New York, NY 10006** | | | **Unknown** |
| **Dept. of Housing Presev.**<br>**100 Gold Street**<br>**New York, NY 10038** | **Dept. of Housing Presev.**<br>**100 Gold Street**<br>**New York, NY 10038** | | | **Unknown** |
| **Elly Garcia**<br>**551 West 172nd Street**<br>**Apt. 4**<br>**New York, NY 10032** | **Elly Garcia**<br>**551 West 172nd Street**<br>**Apt. 4**<br>**New York, NY 10032** | | | **Unknown** |
| **Internal Revenue Service**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101** | **Internal Revenue Service**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101** | | | **Unknown** |
| **Jeffrey Benjamin, Esq**<br>**118-21 Queens Blvd**<br>**Ste. 501**<br>**Forest Hills, NY 11375** | **Jeffrey Benjamin, Esq**<br>**118-21 Queens Blvd**<br>**Ste. 501**<br>**Forest Hills, NY 11375** | | | **Unknown** |
| **Julie A. Clark**<br>**32 Court St. Ste. 707**<br>**Brooklyn, NY 11201** | **Julie A. Clark**<br>**32 Court St. Ste. 707**<br>**Brooklyn, NY 11201** | | | **Unknown** |
| **Michael Ficchi, Esq.**<br>**706 5th Avenue**<br>**Brooklyn, NY 11215** | **Michael Ficchi, Esq.**<br>**706 5th Avenue**<br>**Brooklyn, NY 11215** | | | **Unknown** |
| **NYC Department of Finance**<br>**One Centre Street**<br>**22nd Floor**<br>**New York, NY 10007** | **NYC Department of Finance**<br>**One Centre Street**<br>**22nd Floor**<br>**New York, NY 10007** | | | **Unknown** |
| **NYC Dept of Finance**<br>**59 Maiden Lane**<br>**19th floor**<br>**New York, NY 10038** | **NYC Dept of Finance**<br>**59 Maiden Lane**<br>**19th floor**<br>**New York, NY 10038** | | | **Unknown** |

B4 (Official Form 4) (12/07) - Cont.

In re **Freddy A. Garcia** , Case No.
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| NYC Dept. of Finance Tax Lien Ombudsperson PO Box 5310 Albany, NY 12205 | NYC Dept. of Finance Tax Lien Ombudsperson PO Box 5310 Albany, NY 12205 | | | **Unknown** |
| NYC Water Voard Dept. of Env. Protection 5917 Junction Blvd. 13th floor Elmhurst, NY 11373 | NYC Water Voard Dept. of Env. Protection 5917 Junction Blvd. Elmhurst, NY 11373 | | | **Unknown** |
| NYS Dept of Taxation Bankruptcy Section PO Box 5300 Albany, NY 12205 | NYS Dept of Taxation Bankruptcy Section PO Box 5300 Albany, NY 12205 | | | **Unknown** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Freddy A. Garcia**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 22, 2015** Signature **/s/ Freddy A. Garcia**
**Freddy A. Garcia**
Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.