UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____X

| | |
|---|---|
| In Re: | Chapter 11 |
| Freddy A. Garcia | Case No. 1-15-42243-nhl |
| Debtor. | |

_____X

## NOTICE OF APPEARANCE

Sir/Madam:

     PLEASE TAKE NOTICE that, pursuant to FRBP §9010, Julie Clark, the Receiver in the Supreme Court, County of Kings, State Foreclosure Action under index number 505206/2013 for the Premises located at 53 Montrose Avenue, Brooklyn, NY, hereby appears in the above entitled action by her attorney Michael J. Ficchi, Jr., Esq., and demands that all papers in this action be served upon the undersigned at the office address stated below.

Dated: Brooklyn, NY
       June 2, 2015

                                                              /s/Michael J. Ficchi, Jr.
                                                      Michael J. Ficchi, Jr.
                                                      Attorney for Julie Clark
                                                      Michael J. Ficchi, Jr., Esq., PLLC
                                                      706 5th Avenue
                                                      Brooklyn, NY 11201
                                                      (718) 788-2856