UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re

FREDDY A. GARCIA,                                              Case No. 15-42243 (NHL)


                                   Debtor.                     Chapter 11
---------------------------------------------------------X

## DECLARATION OF SERVICE

I, Avery Martinez, being duly sworn state as follows:.

1. I am over 18 years of age and not a party to this case.

2. On June 23, 2015, I served by regular mail a copy of the Debtor's Application For Entry of Order Establishing the Last Date For Filing Proofs of Claim Required by the Bankruptcy Code and Rules to the parties in the annexed Mailing Matrix.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief.  I am fully aware that if any of the foregoing statements are willfully false, I am subject to punishment.


Dated: June 24, 2015                                    */s/Avery Martinez*
                                                        Avery Martinez
                                                        Ortiz & Ortiz, LLP
                                                        32-72 Steinway Street, Suite 402
                                                        Astoria, NY 11103

**Mailing Matrix**

53 Montrose Realty Corp
53 Montrose Ave
Brooklyn, NY 11206

David Carlebach, Esq.
Law Offices David Carlebach, Esq.
55 Broadway, Suite 1902
New York, New York 10006

53 Montrose YMJ, LLC
c/o Yisroel Y. Leshkowitz
45 Broadway, Ste. 3010
New York, NY 10006

Dept. of Housing Presev.
100 Gold Street
New York, NY 10038

Elly Garcia
551 West 172nd Street
Apt. 4
New York, NY 10032

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101

Jeffrey Benjamin, Esq
118-21 Queens Blvd
Ste. 501
Forest Hills, NY 11375

Julie A. Clark
32 Court St. Ste. 707
Brooklyn, NY 11201

Michael J. Ficchi, Jr.
Attorney for Julie Clark
Michael J. Ficchi, Jr., Esq., PLLC
706 5th Avenue
Brooklyn, NY 11201

NYC Department of Finance
One Centre Street
22nd Floor
New York, NY 10007

NYC Dept of Finance
59 Maiden Lane
19th floor
New York, NY 10038

NYC Dept. of Finance
Tax Lien Ombudsperson
PO Box 5310
Albany, NY 12205

NYC Water Board Dept. of
Env. Protection
5917 Junction Blvd.
13th floor
Elmhurst, NY 11373

NYS Dept of Taxation
Bankruptcy Section
PO Box 5300
Albany, NY 12205

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014