**LAW OFFICES OF DAVID CARLEBACH, ESQ.**
David Carlebach
55 Broadway
Suite 1902
New York, NY 10006
Tel: (212) 785-3041
Fax: (646) 355-1916
Email: david@carlebachlaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
**In re:**

                                        **Chapter 11**

        **FREDDY A. GARCIA**

                                        **Case No. 15-42243-NHL**

                **Debtor.**

-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, David Carlebach, hereby certify that on June 25, 2015, I caused to be served on the parties listed on the annexed Service List, the Secured Creditors' *Motion for (i) Relief from the Automatic Stay for the Premises Located at 53 Montrose Avenue, Brooklyn, New York because the Debtor does not Own the Premises, is not the Mortgagor and does not Have a Recognizable Property Interest to Protect; and for (ii) the Waiver of the Automatic Stay Provision of Fed. R. Bankr. Pro. 4001(a)(3) with Respect to the Premises, Exhibits A-F to the Motion, and the Second Amended Notice of Motion (the "Documents")* by ECF and electronic mail. I further certify that on July 2, 2015, I caused to be served on the parties listed on the annexed Service List, the above listed Documents by first class mail.

SEE ANNEXED SERVICE LIST

Dated: New York, New York
      August 14, 2015

                            **LAW OFFICES OF DAVID CARLEBACH,ESQ.**
                            *Attorney for the Movant, 53 Montrose YMJ LLC*

                            By: *s/David Carlebach (DC-7350)*
                                David Carlebach (DC-7350)
                                55 Broadway, Suite 1902
                                New York, New York 10006
                                Tel:  (212) 785-3041
                                Fax: (646) 355-1916
                                Email: david@carlebachlaw.com

## ANNEXED SERVICE LIST

NYS Dept of Taxation
Bankruptcy Section
PO Box 5300
Albany, NY 12205

53 Montrose Realty Corp
53 Montrose Ave
Brooklyn, NY 11206

53 Montrose YMJ, LLC
c/o Yisroel Y. Leshkowitz
45 Broadway, Ste. 3010
New York, NY 10006

Dept. of Housing Preserv.
100 Gold Street
New York, NY 10038

Elly Garcia
551 West 172nd Street
Apt. 4
New York, NY 10032

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101

Jeffrey Benjamin, Esq.
118-21 Queens Blvd
Ste. 501
Forest Hills, NY 11375

Julie A. Clark
32 Court St. Ste. 707
Brooklyn, NY 11201

Lindsay Deli Corp
53 Montrose Ave
Brooklyn, NY 11206

Michael Ficchi, Esq.
706 5th Avenue
Brooklyn, NY 11215

NYC Department of Finance
One Centre Street
22nd Floor
New York, NY 10007

NYC Water Board Dept. of
Env. Protection
5917 Junction Blvd.
13th floor
Elmhurst, NY 11373

U.S. Trustee
Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Norma Ortiz
Ortiz & Ortiz LLP
32-72 Steinway Street, Suite 4-2
Astoria, New York 11103